# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **4INTERNET, LLC** | ) | |
| | ) | |
| **Movant,** | ) | |
| | ) | **CIVIL ACTION NO.** |
| vs. | ) | |
| | ) | _____ |
| **NYP HOLDINGS, INC.** | ) | |
| | ) | |
| **Respondent.** | ) | |

_____

## NOTICE OF MOTION FOR ADMISSION
## OF RYAN L. ISENBERG PRO HAC VICE

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, Ryan L. Isenberg, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Movant in the above-captioned action.

I am a member in good standing of the bar of the State of Georgia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission by any court.

This 6th day of January, 2021.

                        Respectfully Submitted,

                        */s/ Ryan L Isenberg*
Ryan L. Isenberg
Isenberg & Hewitt, P.C.
600 Embassy Row, Suite 150
Atlanta GA 30328
T 770 351 4400
F 770 828 0100
ryan@ihlaw.us